**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

INTERLINE BRANDS, INC.,

                Plaintiff,

-vs-                                                Case No. 3:14-cv-426-J-34JRK

AIG SPECIALTY INSURANCE
COMPANY, etc., et al.,

                Defendants.
_____

**ORDER**

**THIS CAUSE** is before the Court on the Joint Notice and Motion by Interline Brands, Inc., Liberty Mutual Fire Insurance Company, and Liberty Insurance Corporation to Extend the Stay Pursuant to the February 10, 2016 Order (D.E. 57) (Dkt. No. 58; Motion) filed on April 12, 2016. In the Motion, Plaintiff and Defendants Liberty Mutual Fire Insurance Company and Liberty Insurance Corporation (the "Liberty Defendants") seek a ninety (90) day extension of the stay in this case to allow the parties to continue negotiations. See Motion at 2. Plaintiff represents to the Court that Defendant AIG Specialty Insurance Company ("Defendant AIG") opposes the relief requested in the Motion and requests that the stay be lifted. See id. at 3. Although given adequate time to do so, Defendant AIG has not filed a response to the Motion or otherwise indicated the basis for its objection. Upon review, the Court finds that Plaintiff and the Liberty Defendants have shown good cause for an extension of the stay. Accordingly, it is hereby **ORDERED**:

1. The Joint Notice and Motion by Interline Brands, Inc., Liberty Mutual Fire Insurance Company, and Liberty Insurance Corporation to Extend the Stay Pursuant to the February 10, 2016 Order (D.E. 57) (Dkt. No. 58) is **GRANTED**.

2. The stay in this case is extended until **August 2, 2016**.

3. If the case is resolved prior to the expiration of the stay, the parties shall so advise the Court. If not, upon the expiration of the stay, the parties shall file a notice advising the Court of how they wish to proceed.

**DONE AND ORDERED** in Jacksonville, Florida, this 2nd day of May, 2016.

*[signature]*
**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record